Dave Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David B. Cosgrove, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Movant appeals the denial of his Rule 24.-035 motion for post-conviction relief without an evidentiary hearing. We find the motion court did not clearly err in such determination. Rule 84.16(b). We further find an opinion in this matter would have no precedential value and affirm by order opinion. We have provided the parties a memorandum for their use only.

Ralph Wheat, pro se.

John W. Ellinger, Jefferson City, for respondents.

Before ULRICH, P.J., and BERREY and SMART, JJ.

ORDER

PER CURIAM:

Defendants appeal denial of motion to set aside judgment.

The judgment is affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Jerry Lee LITTLE, Appellant.

Jerry Lee LITTLE, Movant–Appellant,

v.

STATE of Missouri, Respondent.

Nos. 59452 and 62262.

Missouri Court of Appeals,
Eastern District,
Division Seven.

Aug. 17, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 16, 1993.

Application to Transfer Denied
Oct. 26, 1993.

James I. and Angela KINWORTHY,
Respondents,

v.

Ralph and Evelyn WHEAT, Appellants.

No. WD 47447.

Missouri Court of Appeals,
Western District.

Decided Aug. 17, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 28, 1993.

Application to Transfer Denied
Oct. 26, 1993.